Cite as 2023 Ark. App. 293

# ARKANSAS COURT OF APPEALS
DIVISION III
No. CV-22-794

| | |
|---|---|
| RICHARD REYNOLDS<br><br>APPELLANT<br><br>V.<br><br>ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILDREN<br><br>APPELLEES | Opinion Delivered May 17, 2023<br><br>APPEAL FROM THE VAN BUREN COUNTY CIRCUIT COURT [NO. 71JV-20-13]<br><br>HONORABLE SUSAN WEAVER, JUDGE<br><br>AFFIRMED |

**CINDY GRACE THYER, Judge**

Richard Reynolds appeals the Van Buren County Circuit Court's order terminating his parental rights to his children, Minor Child 1 (MC1), born in 2008, and Minor Child 2 (MC2), born in 2015. Reynolds raises the same points on appeal as are made in *Reynolds v. Arkansas Department of Human Services*, 2023 Ark. App. 287, ___ S.W.3d ___, which is also handed down today. The relevant facts, Reynolds's arguments, and this court's conclusions are set forth in the companion case and are incorporated herein. Accordingly, we affirm the termination of Reynolds's parental rights as to MC1 and MC2.

Affirmed.

VIRDEN and HIXSON, JJ., agree.

*Leah Lanford*, Arkansas Commission for Parent Counsel, for appellant.

*Ellen K. Howard*, Ark. Dep't of Human Services, Office of Chief Counsel, for appellee.

*Dana McClain*, attorney ad litem for minor children.